## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOAN ALBERTO MONSALVE ROJAS :
:
        *Petitioner,* :
:
    v. : 2:26-cv-01313
:
J.L. JAMISON, *et al.* :
:
        *Respondents.* :

## ORDER

AND NOW, this 5th day of March, 2026, upon consideration of Respondents'

Answer in Opposition to Petitioners Petition for a Writ of Habeas Corpus (Dkt. 4), it

is hereby ORDERED as follows:

1. Petitioner shall file a response regarding the issue of expedited removal no later than March 9, 2026;

2. Respondents shall file, no later than March 9, 2026, any additional parole grant and termination records supporting their claim that Petitioner was paroled under § 1182(d)(5) and that parole ended;

3. Petitioner shall not be transferred outside the Eastern District of Pennsylvania pending further Order of this Court.

BY THE COURT:

GAIL A. WEILHEIMER, J.